AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| Patricia J. Willsun | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-cv-6476 |
| Patrick R. Donahoe, Postmaster General | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** the defendant's motion to dismiss is granted and plaintiff's Complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Michael A. Telesca

Date: 7/17/2014

*CLERK OF COURT*

*(signature)*

*Signature of Clerk or Deputy Clerk*